## MARCUS HULING *v.* ISAAC CRAIG.

THE plaintiff had undertaken to carry a quantity of provifions for the troops, by water, from *Pittfburgh* to *Fort Le Bœuf*. When at *Fort Franklin*, he found *French-creek* fo low, that he did not proceed fur-

ther. The defendant was obliged, at a great expence, to employ pack-horses, to carry the cargo from *Franklin* to *Le Bœuf*. This action was brought for the freight from *Pittsburgh* to *Fort Franklin*; and, against this demand, the defendant set up the extra expence of land carriage from *Franklin* to *Le Bœuf*.

PRESIDENT. It must be impossibility, not difficulty, that will excuse from performance of a contract. If complete performance become impossible from a cause not within the power of man to control, the loss ought perhaps to be divided.